

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600   (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523   (800) 252-8048
Fax (217) 546-3785

Kenneth M. DucDuong
KMD Law Office, Ltd.
4001 West Devon Avenue
Chicago, IL 60646

Chicago
Friday, May 04, 2018

In re: Kenneth M. DucDuong
Admitted: 11/10/2005
Attorney No. 6286069

To Whom It May Concern:

    The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: *[signature]*
Tangella Butler
Deputy Registrar

TB