1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12

VAN DUONG,

Case No. 18-CV-02728-LHK

13

Plaintiff,

**ORDER RE CASE SCHEDULE**

14

v.

15

BANK OF AMERICA,

16

Defendant.

17

18          On September 12, 2018, the parties filed a notice of settlement.  *See* ECF No. 35.  The

19   Court will not vacate any dates or filing requirements absent a stipulation of dismissal.  Thus, all

20   filing requirements and deadlines set in the Court's August 18, 2018 Case Management Order, *see*

21   ECF No. 32, remain as set.  The Court requests that the parties consider stipulating to a dismissal

22   without prejudice with a provision that the Court retains jurisdiction for purposes of enforcing

23   settlement.  *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381–82 (1994).  After all

24   settlement conditions are met, the parties may then file a stipulation to dismiss with prejudice.

25   **IT IS SO ORDERED.**

26

27   Dated:  September 24, 2018

28

1

Case No. 18-CV-02728-LHK
ORDER RE CASE SCHEDULE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

_Lucy H. Koh_____
LUCY H. KOH
United States District Judge

2